

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00641-CV

**BROADWAY PERFUMES, L.C.**,
Appellant

v.

**FEDEX NATIONAL, LTL**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 366,883
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant.

SIGNED December 11, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice